UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

THE ANNUITY, PENSION, WELFARE, TRAINING AND
LABOR MANAGEMENT COOPERATION TRUST FUNDS
OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, CHRISTOPHER T. CONFREY, JOHN
CRONIN, JOSEPH BYRNE, KENNETH KLEMENS, JR., JOHN
F. O'HARE, MICHAEL SALGO and WILLIAM TYSON, and
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 14-14B, AFL-CIO, BY ITS BUSINESS MANAGER
EDWIN L. CHRISTIAN,

~~PROPOSED~~ ORDER OF
VOLUNTARY DISMISSAL

19-CIV-10204 (NSR)

Plaintiffs,

-against-

GLASSMAR STEEL ERECTORS, INC.,

Defendant.
---------------------------------------------------------------X

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs THE ANNUITY, PENSION, WELFARE, TRAINING AND LABOR MANAGEMENT COOPERATION TRUST FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed against Defendant GLASSMAR STEEL ERECTORS, INC.

Dated: Tarrytown, New York
       July 27, 2020

Respectfully submitted,

BRADY McGUIRE & STEINBERG, P.C.

/s/ James M. Steinberg
By: James M. Steinberg, Esq.
    Attorneys for Plaintiffs
    303 South Broadway, Suite 234
    Tarrytown, New York 10591
    (914) 478-4293

To: William R. Bennett III, Esq.
    Blank Rome, LLP
    Attorneys for Defendant
    1271 Avenue of the Americas
    New York, New York 10020
    (212) 885-5000

SO ORDERED:

_____
**The Honorable Nelson S. Román**
**United States District Judge**

Dated: July 27, 2020
       White Plains, NY